CAROL A. NAPIEARLSKI, an Infant, by HELEN NAPIEARLSKI, Her Guardian ad Litem, Appellant, *v.* DE WITT PICKERING, Respondent.

FRANK NAPIEARLSKI, Appellant, *v.* DE WITT PICKERING, Respondent.

Submitted March 3, 1952; decided March 13, 1952.

*William F. Knapp* for motion.

No one opposed.

Motion denied, without costs.